\*\* E-filed March 15, 2010 \*\*

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATUS MEDICAL INCORPORATED, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>INTELLIGENT HEARING SYSTEMS,<br><br>Defendant. | CASE NO. CV 10707-HRL<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties, pursuant to Civil Local Rule 6-1, through their respective attorneys of record, that Defendant Intelligent Hearing Systems will have until April 21, 2010 to file a response to Plaintiff Natus Medical Incorporated's Complaint.

DATED: March 12, 2010         GORDON & REES LLP


by /s/ *Richard P. Sybert*
Richard P. Sybert
Attorneys for Defendant
INTELLIGENT HEARING SYSTEMS

- 1 -

- 2 -

| | | |
|---|---|---|
| 1 | DATED: March 12, 2010 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 2 | | |
| 3 | | |
| 4 | | by /s/ *Stephen C. Jensen* |
| 5 | | Joseph R. Re<br>Stephen C. Jensen |
| 6 | | Attorneys for Plaintiff<br>NATUS MEDICAL INCORPORATED |

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

<u>ORDER</u>

This matter came before the Court on the parties' Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint. Having considered the Stipulation, it is hereby GRANTED.

Defendant Intelligent Hearing Systems will have until April 21, 2010, to file a response to Plaintiff Natus Medical Incorporated's Complaint.

IT IS SO ORDERED.

DATED: March _15_, 2010

_____
United States Magistrate Judge
Howard R. Lloyd