Joseph R. Re (State Bar No. 134,479)
joseph.re@kmob.com
Stephen C. Jensen (State Bar No. 149,894)
steve.jensen@kmob.com
Jarom D. Kesler (State Bar No. 239,136)
jarom.kesler@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (State Bar No. 205, 621)
brian.horne@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles CA 90067
Phone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiff
NATUS MEDICAL INCORPORATED and
BAYCREST CENTRE FOR GERIATRIC CARE

Richard P. Sybert, (State Bar No. 80731)
rsybert@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Phone: (619) 230-7768/ Facsimile: (619) 595-5768

Gregg I. Anderson, (State Bar No. 255556)
ganderson@gordonrees.com
Yuo-Fong Chang Amato (State Bar No. 261453)
ban1ato@gordonrees.com
GORDON & REES LLP
101 West Broadway, Suite 2000
San Diego, California 92101
Phone: (619) 230-7768/ Facsimile: (619) 696-7124

Attorneys for Defendant
INTELLIGENT HEARING SYSTEMS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATUS MEDICAL INCORPORATED, a Delaware corporation and BAYCREST CENTRE FOR GERIATRIC CARE, an Ontario, Canada corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INTELLIGENT HEARING SYSTEMS, a Florida corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 10-cv-707-RMW<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>**The Honorable Ronald M. Whyte** |

Scheduling Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 10-cv-707 RMW

The Court orders the schedule below.  The Court will provide a schedule through trial after ruling on claim construction.

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions | June 25, 2010 |
| Disclosure of Invalidity Contentions | August 9, 2010 |
| Exchange of Proposed Terms for Construction | August 23, 2010 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 13, 2010 |
| Joint Claim Construction and Prehearing Statement Due | October 8, 2010 |
| Claim Construction Discovery Cutoff | November 8, 2010 |
| Plaintiffs' Claim Construction Brief Due | November 22, 2010 |
| Defendant's Responsive Claim Construction Brief Due | December 8, 2010 |
| Plaintiffs' Claim Construction Reply Brief Due | December 15, 2010 |
| Summary Judgment Motions that Turn Solely on Issues of Claim Construction Due | December 21, 2010 |
| Summary Judgment Opposition Briefs Due | January 11, 2011 |
| Summary Judgment Reply Briefs Due | January 18, 2011 |
| Tutorial | January 25, 2011 |

| Claim Construction and Summary Judgment Hearing | February 1, 2011 |

**IT IS SO ORDERED**.

Dated:_____  By:_____
                                   Honorable Ronald M. Whyte