1  Joseph R. Re (State Bar No. 134,479)  Brian C. Horne (State Bar No. 205, 621)
   joseph.re@kmob.com                    brian.horne@kmob.com
2  Stephen C. Jensen (State Bar No. 149,894)  KNOBBE, MARTENS, OLSON & BEAR, LLP
   steve.jensen@kmob.com                 1901 Avenue of the Stars, Suite 1500
3  Jarom D. Kesler (State Bar No. 239,136)  Los Angeles CA 90067
   jarom.kesler@kmob.com                 Phone: (310) 551-3450
4  KNOBBE, MARTENS, OLSON & BEAR, LLP    Facsimile: (310) 551-3458
   2040 Main Street, Fourteenth Floor
5  Irvine, CA  92614
   Phone: (949) 760-0404
6  Facsimile: (949) 760-9502

7  Attorneys for Plaintiff
   NATUS MEDICAL INCORPORATED and
8  BAYCREST CENTRE FOR GERIATRIC CARE

9  Richard P. Sybert, (State Bar No. 80731)  Robert S. Frank, Jr. (admitted *Pro Hac Vice*)
   rsybert@gordonrees.com                rfrank@choate.com
10 GORDON & REES LLP                     Mark G. Edgarton (admitted *Pro Hac Vice*)
   275 Battery Street, Suite 2000        medgarton@choate.com
11 San Francisco, California 94111       CHOATE HALL & STEWART LLP
   Phone:  (619) 230-7768                Two International Place
12 Facsimile: (619) 595-5768             Boston, MA 02110
                                         Phone:  (617) 248-5000
13                                       Facsimile:  (617) 248-4000

14
   Attorneys for Defendant
15 INTELLIGENT HEARING SYSTEMS          ***E-FILED - 11/18/10***

16
                    IN THE UNITED STATES DISTRICT COURT
17                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 | NATUS MEDICAL INCORPORATED, a | ) Civil Action No.
   | Delaware corporation and BAYCREST CENTRE | ) 10-cv-707-RMW
19 | FOR GERIATRIC CARE, an Ontario, Canada | )
   | corporation, | ) **[] ORDER**
20 | | ) **GRANTING STIPULATED**
   | Plaintiffs, | ) **DISMISSAL WITH**
21 | | ) **PREJUDICE**
   | v. | )
22 | | )
   | INTELLIGENT HEARING SYSTEMS, a Florida | )
23 | corporation, | )
   | | ) **Honorable Ronald M. Whyte**
24 | Defendant. | )
   | | )
25 | AND RELATED COUNTERCLAIMS | )
   | | )
26

27

28

    Order Granting Stipulated
    Dismissal                                               Case No.  10-cv-707 RMW

*1*        The Court having been advised by the counsel for the parties that the above-entitled

*2* action has been settled,

*3*        IT IS ORDERED that this action, including all claims and counterclaims, be and is

*4* hereby dismissed in its entirety with prejudice. All parties shall bear their own costs and

*5* attorney fees.

*6*

*7* Date:   11/18/10                  /s/ Ronald M. Whyte

                                   Honorable Ronald M. Whyte
                                   United States District Judge

9951793
110310